IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Wumei Lin, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 CV 14518 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A., | ) ) ) ) ) | |
| Defendants. | | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., case is dismissed with prejudice on the Court's own motion, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants and against the plaintiff. Defendants shall not recover costs from plaintiff.

Dated: December 10, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge